In the Matter of the Petition of CHARLES E. THEDFORD, as Administrator, etc., of MARIE A. STOUFFER, Deceased, etc., Respondent, to Compel ADELE L. ROUYON to Render and Settle Her Account, etc. ADELE L. ROUYON, Administratrix, etc., and Others, Appellants.— Decree of the Surrogate's

Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.